```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 03375
   RICH K MARASCO
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX
         Debtor
    SSN XXX-XX-5522


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/14/2008 and was confirmed 05/12/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/22/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
SUBURBAN RADIOLOGISTS     UNSEC W/INTER NOT FILED               .00           .00
GI & LIVER SPECIALISTS    UNSEC W/INTER NOT FILED               .00           .00
LOYOLA UNIVERSITY PHY NS  UNSEC W/INTER NOT FILED               .00           .00
LOYOLA UNIVERSITY PHYSIC  UNSEC W/INTER    314.40               .00           .00
LOYOLA UNIVERSITY PHY NS  UNSEC W/INTER NOT FILED               .00           .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER     92.25               .00           .00
LOYOLA UNIVERSITY PHY NS  UNSEC W/INTER NOT FILED               .00           .00
EMERGENCY HEALTHCARE PHY  UNSEC W/INTER NOT FILED               .00           .00
LOYOLA UNIVERSITY HEALTH  UNSEC W/INTER NOT FILED               .00           .00
LOYOLA UNIVERSITY HEALTH  UNSEC W/INTER NOT FILED               .00           .00
LOYOLA UNIVERSITY PHYSCN  UNSEC W/INTER NOT FILED               .00           .00
LOYOLA UNIVERSITY PHYSCN  UNSEC W/INTER NOT FILED               .00           .00
LOYOLA UNIVERSITY PHYSCN  UNSEC W/INTER NOT FILED               .00           .00
LOYOLA UNIVERSITY PHYSCN  UNSEC W/INTER NOT FILED               .00           .00
LOYOLA UNIVERSITY PHYSCN  UNSEC W/INTER NOT FILED               .00           .00
NBC                       UNSEC W/INTER NOT FILED               .00           .00
NBC INSTANT LOAN          UNSEC W/INTER NOT FILED               .00           .00
NICOR GAS                 UNSEC W/INTER NOT FILED               .00           .00
EMERGENCY HEALTHCARE PHY  UNSEC W/INTER NOT FILED               .00           .00
MICHAEL RYBA              NOTICE ONLY   NOT FILED               .00           .00
WILSHIRE CREDIT CORPORAT  CURRENT MORTG      .00                .00           .00
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE   3795.00               .00       3795.00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER    239.10               .00           .00
WILSHIRE CREDIT CORPORAT  NOTICE ONLY   NOT FILED               .00           .00
SECOND START              DEBTOR ATTY     1,854.00                        1,531.20
TOM VAUGHN                TRUSTEE                                           448.80
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 03375 RICH K MARASCO
```

```
TRUSTEE                                     5,775.00

PRIORITY                                                            .00
SECURED                                                        3,795.00
UNSECURED                                                           .00
ADMINISTRATIVE                                                 1,531.20
TRUSTEE COMPENSATION                                             448.80
DEBTOR REFUND                                                       .00
                                         ----------------  ----------------
TOTALS                                      5,775.00           5,775.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```